```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :      CRIMINAL ACTION
                                 :
          v.                     :
                                 :
ROBERT SNYDER                    :      NO. 10-427-4
MARK WILLIAMS                    :      NO. 10-427-6
JAMES VENZIALE                   :      NO. 10-427-7
```

ORDER

AND NOW, this 20th day of July, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of the government for pretrial detention of defendants Robert Snyder, Mark Williams, and James Venziale is DENIED; and

(2) said defendants are released pending trial in accordance with the July 16, 2010 Order of Magistrate Judge Sitarski with the following modifications:

(a) defendant Snyder shall reside at 8742 Marsden Street, Philadelphia, Pennsylvania;

(b) said defendants shall be confined to their respective homes with electronic monitoring for 24 hours a day with permission to leave to visit with counsel, and to attend medical appointments and religious services, all with the prior approval of Pretrial Services; and

(c) said defendants are not required to seek employment.

BY THE COURT:

/s/ Harvey Bartle III
C.J.